■ COMMERCIAL UNDERWRITERS INSURANCE COMPANY, Appellant, v BEST CLEANING CORP. et al., Defendants, and J.M. DENNIS CONSTRUCTION, INC., Respondent. [775 NYS2d 516]—

Order, Supreme Court, New York County (Walter B. Tolub, J.), entered November 29, 2002, which denied plaintiff's motion for summary judgment, unanimously affirmed, with costs.

The underlying assault was a covered "occurrence" under the insured's policy, and the claimed exclusion was inapplicable (*Agoado Realty Corp. v United Intl. Ins. Co.*, 95 NY2d 141 [2000]; *see RJC Realty Holding Corp. v Republic Franklin Ins. Co.*, 2 NY3d 158 [2004]). While the court should not have addressed the insurer's argument, which was raised improperly for the first time in reply (*see Ritt v Lenox Hill Hosp.*, 182 AD2d 560, 562 [1992]) and was not based on any notice or pleading seeking relief against respondent, the denial of relief grounded on an asserted late notice of claim by the purported additional insured (*see Structure Tone v Burgess Steel Prods. Corp.*, 249 AD2d 144, 145 [1998]) was proper (*see New York Tel. Co. v Travelers Cas. & Sur. Co. of Am.*, 280 AD2d 268 [2001]; *National Union Fire Ins. Co. of Pittsburgh v Insurance Co. of N. Am.*, 188 AD2d 259, 261 [1992], *lv denied* 81 NY2d 709 [1993]).

We have considered appellant's other contentions and find them unavailing. Concur—Nardelli, J.P., Saxe, Sullivan and Gonzalez, JJ.